Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **ER 365, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Heights Emergency Room** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 3 9 8 9 9 2 7** |

**4. Debtor's address**

**Principal place of business**

**Roberto Ochoa, Registered Agent**

**5900 Balcones Drive**
Number        Street

**Austin, TX 78731**
City                              State      ZIP Code

**Travis**
County

**Mailing address, if different from principal place of business**

Number        Street

**TX**
City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **ER 365, LLC**
_____
Name

Case number _(if known)_ _____

**7. Describe debtor's business**

A. _Check one:_
- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. _Check all that apply:_
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. _Check all that apply:_
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ When _____
  MM / DD / YYYY
  Case number, if known _____

Debtor   **ER 365, LLC**
     Name                                           Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br><br>     What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other <br><br> **Where is the property?** _____ <br>     Number     Street <br><br> _____ <br>     City     State     ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>            Contact name _____ <br>            Phone _____ |

## ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99     ☐ 1,000-5,000  ☐ 5,001-10,000     ☐ 25,001-50,000  ☐ 50,000-100,000 <br> ☐ 100-199  ☐ 200-999     ☐ 10,001-25,000        ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion <br> ☑ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor   **ER 365, LLC**
Name
Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/21/2025**
MM/  DD/  YYYY

**X  /s/ Roberto Ochoa**
Signature of authorized representative of debtor

**Roberto Ochoa**
Printed name

Title   **Member/Manager**

**18. Signature of attorney**

**X          /s/ Randy W. Williams**
Signature of attorney for debtor

Date **07/21/2025**
MM/  DD/  YYYY

**Randy W. Williams**
Printed name

**Byman & Associates, PLLC**
Firm name

**7924 Broadway Ste 104**
Number          Street

**Pearland**
City

**TX**
State

**77581**
ZIP Code

**(281) 884-9262**
Contact phone

**rww@bymanlaw.com**
Email address

**21566850**
Bar number

**TX**
State

## WRITTEN CONSENT OF THE
## REQUISITE MEMBERS OF ER365, LLC

The required members of ER365, LLC, a Texas limited liability company (the "Company"), and pursuant to the provisions of Section 101.359 of the Texas Liability Company Act, hereby consent to the adoption of the Company of the following resolutions and to the action authorized in such resolutions being taken by the Company in lieu of a meeting thereof:

RESOLVED, that the Company should liquidated by filing for bankruptcy protection under Chapter 7 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas;

RESOLVED, that Roberto Ochoa, as Member Manager of the Company, is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code (the "Bankruptcy Case");

RESOLVED, that the Company is authorized and directed to employ and retain the firm of Byman & Associates PLLC, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the Manager to be appropriate;

RESOLVED, that any and all actions taken by Roberto Ochoa for the Company, and for and on behalf and in the name of this Company, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes; and

RESOLVED, Roberto Ochoa (and his designees and delegates) be, and hereby is, authorized, empowered, and directed to take all actions, or to not take any action in the name of the Company, with respect to the transactions contemplated by these resolutions hereunder, as such Manager shall deem necessary or desirable in such Manager's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

IN WITNESS WHEREOF, the undersigned Members have executed this Written Consent effective as of July 18, 2025.

**MEMBERS**:

ER365, LLC
a Texas limited liability company

By: _____
Name: Roberto Ochoa
Title:   Member Manager


By: _____
Name: Cesar Augusto Dias
Title:   Member Manager


By: _____
Name: Omar Mendoza
Title:   Member Manager

Fill in this information to identify the case:

Debtor Name **ER 365, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Stellar Bank xx6893** | **Checking account** | **6   8   9   3** | $1,625.15 |
| 3.2. | **SouthState Bank xx5897 (formerly Independent Financial Bank)** | **Checking account** | **5   8   9   7** | $53,845.15 |

4. **Other cash equivalents** *(Identify all)*

   4.1.

   4.2.

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $55,470.30 |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

   | Current value of debtor's interest |
   | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor   **ER 365, LLC** _____     Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.
                                         [_____]

---

**Part 3:**    Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

> **Current value of debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less: _____ - _____ =.....➡    _____
                  face amount         doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =.....➡    _____
                face amount         doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.
                                           [_____]

---

**Part 4:**    Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

> **Valuation method used for current value**     **Current value of debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | _____ | _____   _____ |
| 14.2 | _____ | _____   _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                            % of ownership:

| | | | |
|---|---|---|---|
| 15.1 | _____ | _____ | _____   _____ |
| 15.2 | _____ | _____ | _____   _____ |

Debtor     **ER 365, LLC** _____     Case number *(if known)* _____
                Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.     [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

---

| Debtor | **ER 365, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish<br>_____ | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | _____ | _____ | _____ |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

Debtor     **ER 365, LLC**                                              Case number *(if known)* _____
                    Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | _____ | _____ | _____ |
| 40. **Office fixtures** | | | |
| | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                                                              _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

Debtor    **ER 365, LLC**
_____    Case number *(if known)* _____
          Name

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____ _____ _____

    48.2 _____    _____ _____ _____

49. **Aircraft and accessories**

    49.1 _____    _____ _____ _____

    49.2 _____    _____ _____ _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____ _____ _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| Debtor | **ER 365, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**   All other assets

Debtor   **ER 365, LLC**
_____
Name

Case number *(if known)* _____

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____ = ➔    _____
                               Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____    _____

    **Nature of claim**    _____

    **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    _____

    **Nature of claim**    _____

    **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

    _____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____    _____

    _____    _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.    _____

---

Debtor      **ER 365, LLC**                                            Case number *(if known)* _____
                     Name

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**     Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.   **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $55,470.30 | |
| 81.   **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82.   **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83.   **Investments.** *Copy line 17, Part 4.* | | |
| 84.   **Inventory.** *Copy line 23, Part 5.* | | |
| 85.   **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.   **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87.   **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88.   **Real property.** *Copy line 56, Part 9* ................................................... ➜ | | |
| 89.   **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90.   **All other assets.** *Copy line 78, Part 11.* | + | |
| 91.   **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $55,470.30 | + 91b. |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................   $55,470.30

---

Fill in this information to identify the case:

Debtor name __ER 365, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1** **Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name _____**ER 365, LLC**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor  **ER 365, LLC**
_____
Name

Case number *(if known)* _____

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Bayou City Mediation Center**

**4900 Fournace Place Suite 200**

**Bellaire, TX 77401**

Date or dates debt was incurred      **02/07/24**

Last 4 digits of account number    **0   0   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$475.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**Cadillac Law**

**1341 W Mockinbird Ln #600W**

**Dallas, TX 75247**

Date or dates debt was incurred      _____

Last 4 digits of account number    **1   3   3   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

**3.3** | Nonpriority creditor's name and mailing address

**Carissa Clampett**

**c/o Moore & Associates**
**Lyric Centre**

**440 Louisiana Street Suite 1110**

**Houston, TX 77002-1055**

Date or dates debt was incurred      _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks:
2023-30603 pending in the 333rd District, Harris County

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** | Nonpriority creditor's name and mailing address

**Carla Trice**

**1124 Walling St**

**Houston, TX 77009**

Date or dates debt was incurred      **05/22/24**

Last 4 digits of account number    **3   9   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

---

Debtor  **ER 365, LLC**
      Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00
--- | --- | --- | ---

**Carla Trice**

**1124 Walling St**

**Houston, TX 77009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **08/07/24**

Basis for the claim: _____

Last 4 digits of account number  **9  9  4  7**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.00**

---

**3.6**  Nonpriority creditor's name and mailing address

**Caroline Morris**

**887 W Wintergreen Rd**

**Lancaster, TX 75134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **06/24/24**

Basis for the claim: _____

Last 4 digits of account number  **2  8  2  7**

Is the claim subject to offset?
☑ No
☐ Yes

**$400.00**

---

**3.7**  Nonpriority creditor's name and mailing address

**Comcast Business**

**PO Box 70219**

**Philadelphia, PA 19176-0219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Utilities**

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

**$2,944.03**

---

**3.8**  Nonpriority creditor's name and mailing address

**Crystal Resolutions**

**1085 Elkins Lake**

**305 Broadmoor Dr**

**Huntsville, TX 77340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **05/10/24**

Basis for the claim: _____

Last 4 digits of account number  **0  1  6  0**

Is the claim subject to offset?
☑ No
☐ Yes

**$125.00**

---

Debtor     **ER 365, LLC**
_____     Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00

**Crystal Resolutions**

**1085 Elkins Lake**

**305 Broadmoor Dr**

**Huntsville, TX 77340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     **05/16/24**

Last 4 digits of account number     **0  1  7  2**

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00

**Cypress Cash Flow Services**

**7050 Brookhollow West Drive #41507**

**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     **12/01/23**

Last 4 digits of account number     **2  6  5  8**

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,311.13

**DeHaan & Bach**

**25 Whitney Drive Suite 106**

**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **A/R**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Remarks:
Collecting for GE Healthcare; demand letter sent 09/04/24

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Diamond McCarthy LLP**

**Two Houston Center**

**909 Fannin 37th Floor**

**Houston, TX 77010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     **04/04/24**

Last 4 digits of account number     __ __ __ __

---

Debtor   **ER 365, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,165.00 |
|---|---|---|---|

**Direct Radiology**

**22100 Bothell Everett Hwy Bldg C**

**Bothell, WA 98021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.18 |
|---|---|---|---|

**DirecTV AT&T**

**c/o CT Corporation**

**1209 Orange Street**

**Wilmington, DE 19801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $375,000.00 |
|---|---|---|---|

**Dykema**

**400 Renaissance Center**

**Detroit, MI 48243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

**El Paso Emergency Room**

**3281 Joe Battle Blvd**

**El Paso, TX 79936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor | **ER 365, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.17**

Nonpriority creditor's name and mailing address

**Elavon**

**2103 Blue Willow Dr**

**Houston, TX 77042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$106.29

---

**3.18**

Nonpriority creditor's name and mailing address

**Fran Brochstein**

**PO Box 1925**

**Marble Falls, TX 78654**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$800.00

---

**3.19**

Nonpriority creditor's name and mailing address

**GE Healthcare**

**3615 Willowbend Blvd**

**Houston, TX 77054**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$148,311.13

---

**3.20**

Nonpriority creditor's name and mailing address

**Gordon Davis Johnson Shane**

**4695 N Mesa St**

**El Paso, TX 79912**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$250.00

---

| Debtor | **ER 365, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Heat Transfer Solutions**

**3350 Yale St**

**Houston, TX 77018**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$876.82

---

**3.22** Nonpriority creditor's name and mailing address

**Henry Schein**

**4333 W Sam Houston Pkwy N**

**Houston, TX 77043**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$75.49

---

**3.23** Nonpriority creditor's name and mailing address

**Janice Puncy Slaughter**

**5735 Hirondel Street**

**Houston, TX 77033**

Date or dates debt was incurred __03/26/24__

Last 4 digits of account number __3_ _7_ _0_ _7_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.24** Nonpriority creditor's name and mailing address

**Janice Puncy Slaughter**

**5735 Hirondel Street**

**Houston, TX 77033**

Date or dates debt was incurred __03/26/24__

Last 4 digits of account number __9_ _1_ _0_ _6_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

| Debtor | ER 365, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Joseph Maslar, MD, PLLC**

**c/o Rusty Hardin & Associates LLP**
**5 Houston Center**

**1401 McKinney Street Suite 2250**

**Houston, TX 77010**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 2021-44424 pending in the 80th District, Harris County

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Justice David L Hodges**

**214 Laurel Oaks Ln**

**Crawford, TX 76638**

Date or dates debt was incurred   12/13/24

Last 4 digits of account number   4  9  0  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$750.00

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Justice Guadalupe Rivera**

**14 Silver Crest Drive**

**El Paso, TX 79902**

Date or dates debt was incurred   05/10/24

Last 4 digits of account number   2  7  9  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,250.00

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Kim Carmack**

**710 Lost Star**

**San Antonio, TX 78258**

Date or dates debt was incurred   03/12/24

Last 4 digits of account number   4  8  2  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$375.00

---

Debtor    **ER 365, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.29** | Nonpriority creditor's name and mailing address

**KM Law PLLC**

**3955 Fort St**

**Lincoln Park, MI 48146**

Date or dates debt was incurred     **05/10/24**

Last 4 digits of account number     **4   4   3   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$600.00

---

**3.30** | Nonpriority creditor's name and mailing address

**Laconda Davies Goree**

**14275 Midway Rd**

**Addison, TX 75001**

Date or dates debt was incurred     **05/31/24**

Last 4 digits of account number     **8   4   6   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$375.00

---

**3.31** | Nonpriority creditor's name and mailing address

**Law Office of Frederick Wagner**

**9839 Vogue Ln**

**Houston, TX 77080**

Date or dates debt was incurred     **06/07/24**

Last 4 digits of account number     **2   7   9   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.32** | Nonpriority creditor's name and mailing address

**Linda Bass**

**ADR4U2**

**PO Box 996**

**Keller, TX 76244**

Date or dates debt was incurred     **01/29/24**

Last 4 digits of account number     **9   1   3   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$400.00

---

Debtor  **ER 365, LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**Making Talk Work**

**Attn: Jen Sims**

**Address**

**Austin, TX 73301**

Date or dates debt was incurred   **02/07/24**

Last 4 digits of account number   **1   3   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$425.00

---

**3.34** Nonpriority creditor's name and mailing address

**McKesson**

**20710 Hempstead Rd**

**Houston, TX 77065**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,671.84

---

**3.35** Nonpriority creditor's name and mailing address

**Melanie Grimes**

**Turley Law**

**6440 N Central Expy Suite 760**

**Dallas, TX 75206**

Date or dates debt was incurred   **08/30/24**

Last 4 digits of account number   **3   8   6   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$475.00

---

**3.36** Nonpriority creditor's name and mailing address

**Montrose ER LLC**

**8007 Walnut Hill Ln**

**Dallas, TX 75231-4313**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$600,000.00

---

Debtor    **ER 365, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,205.00
*Check all that apply.*

**Preston Hollow Loan**

**8007 Walnut Hill Ln**

**Dallas, TX 75231**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120,000.00
*Check all that apply.*

**Quantas Healthcare Management**

**5150 Lemmon Ave Suite 108**

**Dallas, TX 75209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,027.91
*Check all that apply.*

**Quest Lab**

**1631 North Loop W Suite 170**

**Houston, TX 77008**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,206.77
*Check all that apply.*

**Ricoh Business Solutions**

**THIS ADDRESS PERMANENTLY CLOSED**

**2900 North Loop W Suite 100**

**Houston, TX 77092**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  **ER 365, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,800.00**
| **Rochal Imaging** | *Check all that apply.* |
| | ☐ Contingent |
| 2717 Commercial Ctr Blvd Ste E221 | ☐ Unliquidated |
| Katy, TX 77494 | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$300.00**
| **Rokes Mediation** | *Check all that apply.* |
| | ☐ Contingent |
| 49 San Jacinto St Suite 220 | ☐ Unliquidated |
| Houston, TX 77002 | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  03/21/24 | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  0  1  2  8 | ☐ Yes |

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$300.00**
| **Ronald L Johnson** | *Check all that apply.* |
| | ☐ Contingent |
| 6025 Sun Ray Drive | ☐ Unliquidated |
| Denton, TX 76208 | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  02/04/24 | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  6  6  6  3 | ☐ Yes |

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$200.00**
| **Stories to Solutions** | *Check all that apply.* |
| | ☐ Contingent |
| 923 Congress Ave Suite 300 | ☐ Unliquidated |
| Austin, TX 78701 | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  11/23/23 | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  2  2  5  6 | ☐ Yes |

---

Debtor   **ER 365, LLC**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.45** Nonpriority creditor's name and mailing address

**The Davis Law Firm**

**3100 Richmond Ave Suite 480**

**Houston, TX 77098**

Date or dates debt was incurred **03/24/24**

Last 4 digits of account number **3  9  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

---

**3.46** Nonpriority creditor's name and mailing address

**The Peace Group**

**3838 N Sam Houston Pkwy E Suite 175**

**Houston, TX 77032**

Date or dates debt was incurred **05/09/24**

Last 4 digits of account number **-  3  7  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$450.00**

---

**3.47** Nonpriority creditor's name and mailing address

**Tom Bartley**

**116 South Park**

**Brenham, TX 77833**

Date or dates debt was incurred **06/03/24**

Last 4 digits of account number **5  -  u  m**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$621.00**

---

**3.48** Nonpriority creditor's name and mailing address

**Totz Ellison & Totz**

**Attn: Andrew Totz**

**2211 Norfolk Suite 510**

**Houston, OH 77098**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Attorneys for Triple D Uniform Rental, Inc.; lawsuit filed in Harris
County Civil Court at Law No. 2; Cause No. 1226982

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **A/R**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

Debtor  **ER 365, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,741.10 |
|---|---|---|---|

**Triple D Uniform**

**4031 Southerland Rd**

**Houston, TX 77092**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 |
|---|---|---|---|

**TyBrion Services**

**5920 Lovell Ave**

**Fort Worth, TX 76107**

Date or dates debt was incurred  **06/04/24**

Last 4 digits of account number  **0 2 0 4**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,931.20 |
|---|---|---|---|

**Tyvan Billing**

**6030 S Rice Suite C**

**Houston, TX 77081**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.00 |
|---|---|---|---|

**Zhang Yan**

**349 Queensbridge Way**

**Henderson, NV 89074**

Date or dates debt was incurred  **09/06/24**

Last 4 digits of account number  **9 0 6 b**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **ER 365, LLC**
_____
  Name                                                        Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Decaan & Bach** <br> **Attn: Michael Bach** <br> **25 Whitney Drive Suite 106** <br> **Milford, OH 45150** | Line **3.19** <br> ☐ Not listed. Explain _____ | **7  0  5  4** |
| 4.2 **Totz Ellison & Totz** <br> **Attn: Andrew Totz** <br> **2211 Norfolk Suite 510** <br> **Houston, OH 77098** | Line **3.49** <br> ☐ Not listed. Explain _____ | **6  9  8  2** |

Debtor    **ER 365, LLC**
_____
　　　　　Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.　　**Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $1,629,177.89 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,629,177.89 |

**Fill in this information to identify the case:**

Debtor name          **ER 365, LLC**

United States Bankruptcy Court for the:          **Southern**          District of          **Texas**
                                                                                    (State)
Case number (If known):          _____          Chapter          **7**

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **ER 365, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Estate of Robert J. Phelan, MD** | **9231 Westview Drive** <br> Street <br><br> **Houston, TX 77055** <br> City        State        ZIP Code | **Joseph Maslar, MD, PLLC** <br><br> **Carissa Clampett** | ☐ D ☑ E/F ☐ G <br><br> ☐ D ☑ E/F ☐ G |
| 2.2 | **Montrose ER, LLC** | **5150 Lemmon Ave #108** <br> Street <br> **c/o Matthew Rinaldi Registered Agent** <br><br> **Dallas, TX 75209** <br> City        State        ZIP Code | **Carissa Clampett** | ☐ D ☑ E/F ☐ G |
| 2.3 | _____ | _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

| Debtor | **ER 365, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name _____**ER 365, LLC**_____

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..............................................................................

   | $55,470.30 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................

   | $55,470.30 |

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $1,629,177.89 |

4. **Total liabilities**.................................................................................................................

   Lines 2 + 3a + 3b

   | $1,629,177.89 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**ER 365, LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Southern District of Texas**</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/21/2025**          **X** /s/ Roberto Ochoa
         MM/  DD/  YYYY          Signature of individual signing on behalf of debtor

                                        **Roberto Ochoa**
                                        Printed name

                                        **Member/Manager**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **ER 365, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $913,861.00 |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,892,984.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |

| Debtor | **ER 365, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:#1a1a1a;color:white">**Part 2:**</td><td>List Certain Transfers Made Before Filing for Bankruptcy</td></tr>
</table>

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **2**

Debtor  **ER 365, LLC**
      Name                                                  Case number *(if known)* _____

5.1.
Creditor's name

Street

City               State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX–__ __ __ __ | | |
| Street | | | |
| City     State     ZIP Code | | | |

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Joseph Maslar MD, PLLC v ER 365, LLC d/b/a Heights Emergency Room and Robert J. Phelan, III, MD** | **Breach of Contract; trial on hold pending appointment of executor of the estate of Robert J. Phelan, III, MD** | **80th Judicial District Court, Harris County, Texas** <br> Name <br> **201 Caroline 9th Floor** <br> Street <br><br> **Houston, TX 77002** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **2021-44424** | | | |
| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
| **Triple D Uniform Rental, Inc. vs. ER 365, LLC dba The Heights Emergency Room** | **Debt** | **County Civil Court At Law No 2, Harris County, Texas** <br> Name <br> **201 Caroline Rm#517** <br> Street <br><br> **Houston, TX 77002** <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number <br> **1226982** | | | |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **3**

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **GE Healthcare vs. ER 365, LLC** | **Demand letter sent 09/04/2024 for outstanding balance of $148,311.13** | **n/a** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | | | Street | |
| | | | | |
| | | | City          State     ZIP | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Carissa Clampett vs ER 365, LLC d/b/a The Heights Emergency Room, Montrose ER, LLC d/b/a Montrose Emergency Room, & Robert J. Phelan, III** | **Discrimination and harassment suit set for trial 01/26/2026** | **In the District Court Of Harris County** 333rd Judicial District | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **201 Caroline Street 14 Floor** | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | **2023-30603** | | **Houston, TX 77002** | |
| | | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | | | |
| | Custodian's name | | |
| | | Case title | Court name and address |
| | Street | | |
| | | | Name |
| | | Case number | |
| | City          State     ZIP Code | | Street |
| | | | |
| | | Date of order or assignment | City          State     ZIP Code |
| | | | |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

Debtor    **ER 365, LLC**
_____                                    Case number *(if known)* _____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State       ZIP Code

Recipient's relationship to debtor

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Byman & Associates, PLLC** | **Attorney's Fee** | **02/24/2025** | **$14,662.00** |
| | Address | **Filing Fee** | **02/24/2025** | **$338.00** |
| | **7924 Broadway Ste 104**  Street | | | |
| | **Pearland, TX 77581**  City        State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **5**

Debtor  **ER 365, LLC** _____   Case number *(if known)* _____
      Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Care Plus Heights ER, LLC** | **All inventory, medical supplies, office supplies, furniture and medical equipment were sold to Care Plus Heights, LLC. All proceeds from the sale of assets were deposited directly into the business account held at Stellar Bank and credited to the outstanding balance of the business loan. The lease agreement was also transferred to Care Plus Heights, LLC. ER 365, LLC was released from all lease obligations. The lease was never in default.** | **APA dated 05/31/2024** | **$300,000.00** |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | **5150 Lemmon Avenue Suite 108** | From **2019**   To **2024** |
| | Street | |
| | _____ | |
| | **Dallas, TX 75209** | |
| | City                State      ZIP Code | |

Debtor    **ER 365, LLC**
_____
Name                                                          Case number *(if known)* _____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. **Heights Emergency Room**
Facility name

**101 N Loop W Suite 300**
Street

**Houston, TX 77018**
City                State        ZIP Code

**Emergency Room Services**

**n/a**

| Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|

**101 N Loop W #300 Houston, TX 77018**

*Check all that apply:*
☑ Electronically
☐ Paper

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.          **Patient name, address, and health insurance**
State the nature of the information collected and retained. **information**

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

EIN:  $\_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_$

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Name

Case number *(if known)*

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>**Address**<br><br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>**Address**<br><br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | ☐ No<br><br>☐ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **ER 365, LLC**
          Name                                                    Case number *(if known)* _____

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor    **ER 365, LLC**
          Name                                                              Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City          State      ZIP Code | | |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **A. Carey Johnson (Accountant)** | From **2019**    To **present** |
| Name | |
| **104 E 26th St** | |
| Street | |
| **Houston, TX 77008** | |
| City          State      ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2.   **Bart Stonestreet (Bookkeeper)** | From **2019**    To **present** |
| Name | |
| **17813 Plantation Dr** | |
| Street | |
| **Waller, TX 77484** | |
| City          State      ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **10**

Debtor     **ER 365, LLC**
Name                                                                           Case number *(if known)* _____

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City                    State              ZIP Code | From _____ To _____ |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Bart Stonestreet (Bookkeeper)** <br> Name <br><br> **17813 Plantation Dr** <br> Street <br><br> **Waller, TX 77484** <br> City                    State              ZIP Code | _____ <br><br> _____ <br><br> _____ |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City                    State              ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Jose Muniz** | _____ | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  **Roberto Ochoa** <br> Name <br><br> **805 Rosinante** <br> Street <br><br> **El Paso, TX 79922** <br> City                    State              ZIP Code |

Debtor   **ER 365, LLC**                                                                      Case number *(if known)* _____
          Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Phelan | 9231 Westview Rd Houston, TX 77055 | CEO, Managing Member, | 11.11% |
| David Earl Bryan | 915 Park Dr El Paso, TX 79902 | Member, | 11.11% |
| Jong Kim | 8004 Conneste Dr Mckinney, TX 75070 | Member, | 11.11% |
| Omar Mendoza | 284 Benson Lane Coppell, TX 75019 | Member Manager, | 11.11% |
| Roberto Ochoa | 805 Rosinante El Paso, TX 79922 | Member Manager, | 11.11% |
| Cesar Augusto Dias | 6488 Elm Crest Ct Fort Worth, TX 76132 | Member Manager, | 11.11% |
| Rithy Sok | 5840 Grass Hill Dr San Antonio, TX 78238 | Member, | 11.11% |
| Yo Atteberry | 17440 SE Highway 224 Damascus, OR 97089 | Member, | 11.11% |
| Clifford Janke | 3649 Maya Lizabeth Pl El Paso, TX 79938 | Member, | 11.11% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name |  |  |  |
| _____ |  |  |  |
| Street |  |  |  |
| _____ |  |  |  |
| City          State     ZIP Code |  |  |  |
| **Relationship to debtor** |  |  |  |
| _____ |  |  |  |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor     **ER 365, LLC**                                                      Case number *(if known)* _____
                    Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**     Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**07/21/2025**__
                        MM/  DD/  YYYY

**X** /s/ Roberto Ochoa                                    Printed name         **Roberto Ochoa**
_____                                        _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**   ER 365, LLC

Case No. _____

**Debtor**

Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................   **$15,000.00**

Prior to the filing of this statement I have received ..............................................................   **$15,000.00**

Balance Due .............................................................................................................................   **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **07/21/2025** | **/s/ Randy W. Williams** |
|---|---|
| *Date* | Randy W. Williams |
| | *Signature of Attorney* |

Bar Number: 21566850
Byman & Associates, PLLC
7924 Broadway Ste 104
Pearland, TX 77581
Phone: (281) 884-9269

**Byman & Associates, PLLC**
*Name of law firm*

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **ER 365, LLC**                                      CASE NO

                                                           CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**07/21/2025**___     Signature _____**/s/ Roberto Ochoa**_____
                                                    Roberto Ochoa, Member/Manager

Bayou City Mediation Center
4900 Fournace Place Suite 200
Bellaire, TX 77401


Cadillac Law
1341 W Mockinbird Ln #600W
Dallas, TX 75247


Carissa Clampett
c/o Moore & Associates
Lyric Centre
440 Louisiana Street Suite 1110
Houston, TX 77002-1055

Carla Trice
1124 Walling St
Houston, TX 77009


Caroline Morris
887 W Wintergreen Rd
Lancaster, TX 75134


Comcast Business
PO Box 70219
Philadelphia, PA 19176-0219


Crystal Resolutions
1085 Elkins Lake
305 Broadmoor Dr
Huntsville, TX 77340


Cypress Cash Flow Services
7050 Brookhollow West Drive #41507
Houston, TX 77040

Decaan & Bach
Attn: Michael Bach
25 Whitney Drive Suite 106
Milford, OH 45150

DeHaan & Bach
25 Whitney Drive Suite 106
Milford, OH 45150

Diamond McCarthy LLP
Two Houston Center
909 Fannin 37th Floor
Houston, TX 77010

Direct Radiology
22100 Bothell Everett Hwy Bldg C
Bothell, WA 98021

DirecTV AT&T
c/o CT Corporation
1209 Orange Street
Wilmington, DE 19801

Dykema
400 Renaissance Center
Detroit, MI 48243

El Paso Emergency Room
3281 Joe Battle Blvd
El Paso, TX 79936

Elavon
2103 Blue Willow Dr
Houston, TX 77042

MD Estate of Robert J. Phelan
9231 Westview Drive
Houston, TX 77055


Fran Brochstein
PO Box 1925
Marble Falls, TX 78654


GE Healthcare
3615 Willowbend Blvd
Houston, TX 77054


Gordon Davis Johnson Shane
4695 N Mesa St
El Paso, TX 79912


Heat Transfer Solutions
3350 Yale St
Houston, TX 77018


Henry Schein
4333 W Sam Houston Pkwy N
Houston, TX 77043


Janice Puncy Slaughter
5735 Hirondel Street
Houston, TX 77033


Joseph Maslar, MD, PLLC
c/o Rusty Hardin & Associates LLP
5 Houston Center
1401 McKinney Street Suite 2250
Houston, TX 77010

Justice David L Hodges
214 Laurel Oaks Ln
Crawford, TX 76638


Justice Guadalupe Rivera
14 Silver Crest Drive
El Paso, TX 79902


Kim Carmack
710 Lost Star
San Antonio, TX 78258


KM Law PLLC
3955 Fort St
Lincoln Park, MI 48146


Laconda Davies Goree
14275 Midway Rd
Addison, TX 75001


Law Office of Frederick
Wagner
9839 Vogue Ln
Houston, TX 77080


Linda Bass
ADR4U2
PO Box 996
Keller, TX 76244


Making Talk Work
Attn: Jen Sims
Address
Austin, TX 73301

McKesson
20710 Hempstead Rd
Houston, TX 77065


Melanie Grimes
Turley Law
6440 N Central Expy Suite 760
Dallas, TX 75206


Montrose ER LLC
8007 Walnut Hill Ln
Dallas, TX 75231-4313


Montrose ER, LLC
c/o Matthew Rinaldi
Registered Agent
5150 Lemmon Ave #108
Dallas, TX 75209


Preston Hollow Loan
8007 Walnut Hill Ln
Dallas, TX 75231


Quantas Healthcare
Management
5150 Lemmon Ave Suite 108
Dallas, TX 75209


Quest Lab
1631 North Loop W Suite 170
Houston, TX 77008


Ricoh Business Solutions
THIS ADDRESS PERMANENTLY CLOSED
2900 North Loop W Suite 100
Houston, TX 77092

Rochal Imaging
2717 Commercial Ctr Blvd Ste E221
Katy, TX 77494

Rokes Mediation
49 San Jacinto St Suite 220
Houston, TX 77002

Ronald L Johnson
6025 Sun Ray Drive
Denton, TX 76208

Stories to Solutions
923 Congress Ave Suite 300
Austin, TX 78701

The Davis Law Firm
3100 Richmond Ave Suite 480
Houston, TX 77098

The Peace Group
3838 N Sam Houston Pkwy E Suite 175
Houston, TX 77032

Tom Bartley
116 South Park
Brenham, TX 77833

Totz Ellison & Totz
Attn: Andrew Totz
2211 Norfolk Suite 510
Houston, OH 77098

Triple D Uniform
4031 Southerland Rd
Houston, TX 77092


TyBrion Services
5920 Lovell Ave
Fort Worth, TX 76107


Tyvan Billing
6030 S Rice Suite C
Houston, TX 77081


Zhang Yan
349 Queensbridge Way
Henderson, NV 89074